# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM JOSEPH PHIPPS,<br><br>Defendant. | Case No. 07cr162-LAB<br><br>**ORDER AMENDING ORDER TO RELEASE INFORMATION** |

Upon application, for good cause shown, the government's motion to modify the order to release information [Doc. 149] is GRANTED. Pursuant to 18 U.S.C. § 3509(m), the forensic image and analysis of the Toshiba laptop computer, serial #78066869H, shall remain in the custody of the U.S. Probation Office, which shall make the material reasonably available for examination and viewing by the defense.

IT IS SO ORDERED.

DATED: July 3, 2019

_____
Hon. LARRY ALAN BURNS
Chief United States District Judge