UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT, | ) | Case No. 07CR0162-LAB |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER RELEASING DOCUMENTS |
| **ADAM JOSEPH PHIPPS**, | ) ) | |
| Defendant. | ) ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**, that the United States Probation Office shall produce to all parties a copy of the AXIOM results minus the media content.

**IT IS SO ORDERED.**

DATED: _7/26/2019_____    _/s/ Larry A. Burns_____
**HONORABLE LARRY ALAN BURNS**